DAVID A. HUBBERT
Deputy Assistant Attorney General

CASSONDRA L. KOVEN
Washington DC Bar #1736621
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-514-6632 (v)
202-307-0054 (f)
cassondra.l.koven@usdoj.gov
western.taxcivil@usdoj.gov
*Attorney for the United States of America*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | ) |
| | ) Case No. |
| Plaintiff, | ) |
| | ) **COMPLAINT** |
| v. | ) |
| | ) |
| A Ruben Turley; | ) |
| Sandra A Turley; | ) |
| Arizona Department of Revenue; | ) |
| Industrial Commission of Arizona; and | ) |
| Maricopa County; | ) |
| | ) |
| Defendants. | ) |

## INTRODUCTION

1.     This is a civil action timely brought by the United States to reduce to judgment outstanding federal tax liabilities assessed against A. Ruben Turley ("Mr. Turley") and Sandra A. Turley ("Mrs. Turley") (collectively, the "Turleys"), determine the validity and priority of the liens and claims of all the parties, and foreclose the federal tax liens as to certain real property located in Maricopa County, Arizona (the "Subject Property").

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6632

2.      This action is authorized by the Chief Counsel of the Internal Revenue Service ("IRS"), a delegate of the Secretary of the Treasury, and is brought at the direction of a delegate of the Attorney General of the United States, pursuant to 26 U.S.C. §§ 7401 and 7403.

## JURISDICTION AND VENUE

3.      This Court has jurisdiction to hear the action pursuant to 28 U.S.C. §§ 1340, 1345, and 26 U.S.C. §§ 7402(a) and 7403.

4.      Venue is proper in this Court under 28 U.S.C. §§ 1391(b) and 1396, because it is the district where the liability for the taxes at issue accrued, where the taxpayer defendants reside, and where the Subject Property is located.

## DEFENDANTS

5.      Defendant A. Ruben Turley is an adult individual residing in this judicial district. Mr. Turley is named as a defendant in this action because the IRS assessed federal income taxes against him, which remain unpaid, and because he has an interest in the Subject Property.

6.      Defendant Sandra A. Turley is an adult individual residing in this judicial district. Mrs. Turley is named as a defendant in this action because the IRS assessed federal income taxes against her, which remain unpaid, and because she has an interest in the Subject Property.

7.      Defendant Arizona Department of Revenue is named as a defendant in this action because it may claim an interest in the Subject Property.

8.      Defendant Industrial Commission of Arizona is named as a defendant in this action because it may claim an interest in the Subject Property.

9.      Maricopa County is named as a defendant in this action because it may claim an interest in the Subject Property.

## THE TURLEYS' TAX LIABILITIES

10.      On the dates detailed below, a delegate of the Secretary of the Treasury made timely assessments based on information self-reported by A. Ruben Turley and Sandra A. Turley on their filed Forms 2040 for unpaid individual income taxes, penalties, and interest for tax years 2004, 2005, 2006, 2007, and 2008 as follows:

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6632

| Tax Period and Type | Assessment Date | Assessed Amount | Unpaid Balance (as of 9/15/2022) |
|---|---|---|---|
| 12/31/2004 (Form 1040) | 9/10/2012 | $50,010.00 | $153,368.61 |
| 12/31/2005 (Form 1040) | 9/10/2012 | $49,867.00 | $145,364.55 |
| 12/31/2006 (Form 1040) | 9/24/2012 | $49,848.00 | $136,521.18 |
| 12/31/2007 (Form 1040) | 9/10/2012 | $49,620.00 | $124,014.16 |
| 12/31/2008 (Form 1040) | 9/10/2012 | $49,740.00 | $120,844.25 |
|  |  | TOTAL = | $680,112.75 |

11.     Mr. and Mrs. Turley refused or neglected to pay the assessed sums described in the immediately preceding paragraph upon the IRS giving notice and demanding payment.

12.     The IRS made assessments against A. Ruben Turley and Sandra A. Turley for their tax year 2004, 2005, 2006, 2007, and 2008 Form 1040 liabilities, based on their joint filing status. A. Ruben Turley and Sandra A. Turley are jointly and severally liable for these assessments. 26 U.S.C. § 6013(d)(3).

13.     These liabilities remain due and owing, and the unpaid 2004, 2005, 2006, 2007, and 2008 income tax liabilities and penalties are recoverable against A. Ruben Turley and Sandra A. Turley.

14.     Since the dates of assessment above, interest, and statutory additions have continued to accrue on the Turleys' liabilities as provided by law.

**THE UNITED STATES' FEDERAL TAX LIENS**

15.     As a result of the Turleys' failure to pay the assessments against them for the 2004, 2005, 2006, 2007, and 2008 tax years, tax liens arose in favor of the United States upon all property and rights to property belonging to Mr. and Mrs. Turley, including the Subject Property, pursuant to 26 U.S.C. §§ 6321–6322.

U.S. DEPARTMENT OF JUSTICE
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6632

16. To provide notice of the statutory liens under 26 U.S.C. § 6323, the IRS recorded the following Notices of Federal Tax Liens ("NFTL") regarding the tax assessments described in paragraph 10 with the appropriate recording office in Maricopa County, Arizona:

| Tax Period | Date Recorded | Instrument Number |
|---|---|---|
| 2004, 2005, 2007, 2008 (Form 1040) | 10/2/2012 (Refile: 12/13/2021) | 2012-0891198 2021-1314868 |
| 2006 (Form 1040) | 10/23/2012 (Refile: 12/13/2021) | 2012-0960711 2021-1314869 |

## THE SUBJECT PROPERTY

17. The Subject Property is located at 29 East Palo Verde Street Gilbert, Arizona 85296 (Parcel Number 304-23-175), more particularly described as:

> Lot Ninety-one (91) COLONIA GRANDE, according to the plat of record in the office of the Maricopa County Recorder in Book 195 of Maps, page 17.

18. A. Ruben Turley and Sandra A. Turley, as husband and wife, acquired the Subject Property by Joint Tenancy Deed on December 1, 1980.

19. Upon information and belief, the Subject Property is presently titled to A. Ruben Turley and Sandra A. Turley.

## COUNT I – REDUCE FEDERAL INCOME ASSESSMENTS AGAINST
## A. RUBEN TURLEY AND SANDRA A. TURLEY TO JUDGMENT
## FOR THE 2004, 2005, 2006, 2007, AND 2008 TAX YEARS.

20. The United States incorporates by reference paragraphs 1 through 19, above, as if fully set forth here.

21. The United States is entitled to a judgment against A. Ruben Turley and Sandra A. Turley for unpaid federal income tax liabilities and penalties for the 2004, 2005, 2006, 2007, and 2008 tax years in the amount of $680,112.75 as of September 15, 2022, plus statutory interest and any other additions permitted by law accruing until paid in full.

U.S. DEPARTMENT OF JUSTICE
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-6632

**COUNT II – FORECLOSE FEDERAL TAX LIENS ON THE SUBJECT PROPERTY**

22.     The United States incorporates by reference paragraphs 1 through 21, above, as if fully set forth here.

23.     Pursuant to 26 U.S.C. §§ 6321 and 6322, tax liens for the 2004, 2005, 2006, 2007, and 2008 tax years arose in favor of the United States on the dates of the assessments set forth in paragraph 10, above, and attached to all property and rights to property of A. Ruben Turley and Sandra A. Turley, including the Subject Property.

24.     Pursuant to 26 U.S.C. § 6323, the United States' tax liens described in paragraph 9 are valid as against any purchaser, holder of a security interest, mechanic's lienor, or judgment creditor as of the filing dates of the NFTLs as set forth in paragraph 16.

25.     Under 26 U.S.C. § 7403, the United States seeks and is entitled to an adjudication and determination that its liens attach to the Subject Property.

26.     Under 26 U.S.C. § 7403, the United States seeks and is entitled to an adjudication and determination of the validity and priority of all liens and other interests in the Subject Property.

27.     Under 26 U.S.C. § 7403(c), the United States is entitled to a decree of sale of the Subject Property, which is owned by A. Ruben Turley and Sandra A. Turley, with the proceeds to be distributed to the United States and all other creditors in their respective priority of liens and claims of the parties.

**RELIEF SOUGHT**

WHEREFORE, Plaintiff, the United States of America, prays for the following relief:

A.     Enter judgment in favor of the United States against A. Ruben Turley and Sandra A. Turley for unpaid federal income taxes and penalties for tax years 2004, 2005, 2006, 2007, and 2008 in the amount of $680,112.75, plus statutory interest and other additions accruing after September 15, 2022, until paid;

B.     Order that the United States' federal tax liens for unpaid 2004, 2005, 2006, 2007, and 2008 liabilities be foreclosed upon the Subject Property, that the Subject Property should be

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6632

sold, and that the proceeds from the sale be distributed to the United States and all other creditors in their respective priority of liens and claims of the parties; and

      C.     Award the United States its costs and such other and further relief as the Court deems appropriate.

Dated: August 29, 2022                 Respectfully submitted,

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Cassondra L. Koven*
CASSONDRA L. KOVEN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-514-6632 (v) / 202-307-0054 (f)
Cassondra.L.Koven@usdoj.gov
*Attorney for the United States of America*